SHAW, Justice.
We have for review A.L.W. v. State, 22 Fla. L. Weekly D2227, — So.2d-, 1997 WL 578660 (Fla. 1st DCA Sept.16, 1997), wherein the district court certified the same question before this court in State v. T.M.B., 716 So.2d 269 (Fla.1998):
DOES SECTION 924.051(4), FLORIDA STATUTES (SUPP.1996), APPLY IN JUVENILE DELINQUENCY PROCEEDINGS?
We have jurisdiction. Art. V., § 3(b)(4), Fla. Const. We have already answered this question in the negative in T.M.B. We approve A.L.W.
It is so ordered.
KOGAN, C.J., and OVERTON, HARDING, WELLS, ANSTEAD and PARIENTE, JJ., concur.